UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| RODNEY KILGORE & <br> WILLIAM KILGORE <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHNNY HUNTER, <br> DANIEL RUSKEY, & <br> JOHNNY MCBEE, <br><br> *Defendants*. | Case No. 1:16-cv-340 <br><br> Judge Mattice <br> Magistrate Judge Steger |

## JUDGMENT

This case came before the Court on the Motion for Summary Judgment (Doc. 110) filed by Defendants Johnny Hunter, Daniel Ruskey, and Johnny McBee. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 28th day of June, 2018.

/s/ *John Medearis*
John Medearis
CLERK OF COURT