UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| RODNEY KILGORE & | ) | |
|---|---|---|
| WILLIAM KILGORE | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | Case No. 1:16-cv-340 |
| v. | ) | |
| | ) | Judge Mattice |
| JOHNNY HUNTER, | ) | Magistrate Judge Steger |
| DANIEL RUSKEY, & | ) | |
| JOHNNY MCBEE, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## ORDER

On November 27, 2018, Magistrate Judge Christopher H. Steger filed a Report and Recommendation (Doc. 176) pursuant to 28 U.S.C. § 636 and the Court's Order Referring Motion (Doc. 172). Magistrate Judge Steger recommends Defendants' Motion for Attorneys' Fees Under 42 U.S.C. § 1988 and 28 U.S.C. § 1927 (Doc. 170) be denied. No objection has been filed to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the record in this matter and agrees with the Magistrate Judge's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact and conclusions of law. Defendants' Motion (Doc. 170) is **DENIED**.

**SO ORDERED** this 17th day of December, 2018.

                                                                                   */s/ Harry S. Mattice, Jr.*
                                                                                 HARRY S. MATTICE, JR.
                                                           UNITED STATES DISTRICT JUDGE

---

[1] S*ee* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").